```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16692
   FREDERICK STARKES JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5422


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 06/27/2008 and was confirmed 09/04/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 01/08/2009.
-----------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------
 PHH MORTGAGE SERVICES    CURRENT MORTG         .00            .00             .00
 PHH MORTGAGE SERVICES    SECURED NOT I         .00            .00             .00
 NEW AGE FURNITURE        SECURED            1000.00          3.98           71.08
 CHASE MANHATTAN MORTGAGE SECURED VEHIC         .00            .00             .00
 CHASE MANHATTAN MORTGAGE UNSECURED       NOT FILED            .00             .00
 CITIFINANCIAL SERVICES   UNSECURED         14527.63           .00             .00
 COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00             .00
 EVERGREEN MEDICAL        UNSECURED        NOT FILED           .00             .00
 NCO MEDCLR               UNSECURED        NOT FILED           .00             .00
 PEOPLES GAS LIGHT & COKE UNSECURED          515.41            .00             .00
 UNITED COLLECTION BUREAU UNSECURED        NOT FILED           .00             .00
 KENNETH WILLAMS          NOTICE ONLY      NOT FILED           .00             .00
 PHH MORTGAGE             MORTGAGE NOTI    NOT FILED           .00             .00
 NEW AGE FURNITURE        UNSECURED          299.31            .00             .00
 RJM ACQUISITIONS         UNSECURED          146.89            .00             .00
 B REAL LLC/MS 550        UNSECURED         1656.20            .00             .00
 ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,481.50                         295.75
 TOM VAUGHN               TRUSTEE                                             29.19
 DEBTOR REFUND            REFUND                                                .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE                    400.00

 PRIORITY                                         .00
 SECURED                                        71.08
     INTEREST                                    3.98
 UNSECURED                                        .00
 ADMINISTRATIVE                                 295.75
 TRUSTEE COMPENSATION                            29.19

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 16692 FREDERICK STARKES JR
```

```
DEBTOR REFUND                                                        .00
                                        ----------------    ----------------
TOTALS                                          400.00              400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 03/05/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```